**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

MICHAEL SMITH,

Plaintiff,

-vs- Case No: 1:15-cv-7153

DANN OCEAN TOWING, INC.

Defendant.

## SEAMAN'S COMPLAINT UNDER RULE 9(h)

**NOW COMES** Plaintiff, Michael Smith, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, and complaining against Defendant as follows:

1. Original jurisdiction is founded in Admiralty (28 USC 1333) in application of the general maritime law for maintenance, cure, attorney fees and/or punitive damages.

2. Territorial jurisdiction and venue lie in this action, Defendant being subject to process in New York.

3. At all times material to issues herein, Plaintiff served as an employee of Defendant serving as a crewmember aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the service of his ship.

4. In or about February, 2013 cancer occurred or reoccurred in Plaintiff with Defendant thereafter wantonly firing and cutting all ties with Plaintiff, inclusive of deprivation of maintenance and cure, causing him extreme anxiety and stress.

5. Defendant's wrongful acts or omission aforesaid caused or contributed to Plaintiff's damages, ***inter alia***, as follows:

a. Mental pain, suffering, anguish, mortification, humiliation, fright shock and embarrassment;

b. Maintenance, cure, punitive damages, and/or attorney fees.

**WHEREFORE,** Plaintiff demands judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

Respectfully submitted,

O'BRYAN BAUN KARAMANIAN

/s/ Dennis M. O'Bryan
Dennis M. O'Bryan
Attorney for Plaintiff
401 S. Old Woodward Ave., Ste. 463
Birmingham, Michigan 48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

Dated: December 16, 2015